IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FRANKIE LYNN GIBSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-00133-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 20, 2022, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 20th day of September, 2022.

.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk